HEATHER E. WILLIAMS, SBN #122664
Federal Defender
LINDA ALLISON, SBN #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Linda_allison@fd.org
Attorneys for Defendant
GARY APPLEGATE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:16-cr-175-AC |
|---|---|---|
| Plaintiff, | ) ) | AMENDED STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE STATUS CONFERENCE, |
| vs. | ) ) | AND TO EXCLUDE TIME |
| GARY APPLEGATE | ) ) | Date:  January 9, 2017 Time:  9:00 a.m. |
| Defendant. | ) ) ) | Judge: Hon. Allison Claire |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, U.S. Attorney Phillip A. Talbert,  through Assistant United States Attorney Justin Lee,  attorney for Plaintiff and Federal Defender Heather Williams, through Chief Assistant Federal Defender Linda Allison, attorney for defendant Gary Applegate, that the previously-scheduled status conference date of January 9, 2017 be vacated and the matter be set for status conference on February 22, 2017 at 2:00 p.m.

The defense needs additional time to prepare and, in particular, secure placement in a rehabilitation program for the Defendant.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including February 22, 2017,  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv) reasonable time to prepare and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Stipulation to Continue                                         -1-

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: February 16, 2017         HEATHER E. WILLIAMS
                                 Federal Defender

                                 */s/ Linda Allison*
                                 LINDA ALLISON
                                 Chief Assistant Federal Defender
                                 Attorney for Defendant
                                 Gary Applegate

Dated: February 16, 2017         Phillip A. Talbert
                                 United States Attorney

                                 /s/Justin Lee
                                 JUSTIN LEE
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff

<u>ORDER</u>

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its Order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including February 22, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the January 9, 2017 status conference shall be continued until February 22, 2017, at 2:00 p.m.

Dated:  February 16, 2017

*Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE